# Exhibit 21

## Arnold & Porter Kaye Scholer LLP

**Bill and Payment Summary**

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00001 | 2626601 | 3/4/2010 | $6,026.25 | - | $6,026.25 | ($6,026.25) | 4/19/2010 | - | - |
| | 2631064 | 4/12/2010 | $8,723.50 | - | $8,723.50 | ($8,723.50) | 4/26/2010 | - | - |
| | 2632796 | 5/4/2010 | - | - | $268.55 | ($268.55) | 5/4/2010 | - | - |
| | 2633095 | 5/10/2010 | $15,940.05 | $77.90 | $16,017.95 | ($16,017.95) | 6/1/2010 | - | - |
| | 2635694 | 6/8/2010 | $19,094.80 | $132.50 | $19,227.30 | ($19,227.30) | 7/26/2010 | - | - |
| | 2646735 | 10/6/2010 | $2,511.85 | - | $2,511.85 | ($2,511.85) | 12/14/2010 | - | - |
| | 2653901 | 12/9/2010 | $20,368.60 | - | $20,368.60 | ($20,368.60) | 1/4/2011 | - | - |
| | 2657645 | 1/28/2011 | $15,000.00 | - | $15,000.00 | ($15,000.00) | 2/15/2011 | - | - |
| | 2663115 | 3/15/2011 | $20,855.40 | - | $20,855.40 | ($20,855.40) | 3/28/2011 | - | - |
| | 2676549 | 8/9/2011 | $1,173.75 | $319.95 | $1,493.70 | ($1,493.70) | 9/13/2011 | - | - |
| | 2679893 | 9/12/2011 | $830.70 | - | $830.70 | ($830.70) | 10/3/2011 | - | - |
| | 2682560 | 10/11/2011 | $13,970.50 | $661.75 | $14,632.25 | ($14,632.25) | 11/8/2011 | - | - |
| | 2685991 | 11/14/2011 | $6,535.85 | - | $6,535.85 | ($6,535.85) | 12/20/2011 | - | - |
| | 2688474 | 12/12/2011 | $1,927.50 | $224.25 | $2,151.75 | ($2,151.75) | 12/19/2011 | - | - |
| | 2696544 | 3/31/2012 | $14,797.45 | $449.09 | $15,246.54 | ($15,246.54) | 4/24/2012 | - | - |
| | 2702756 | 5/14/2012 | $1,401.60 | $131.25 | $1,532.85 | ($1,532.85) | 7/31/2012 | - | - |
| | 2705166 | 6/18/2012 | $2,372.50 | $45.06 | $2,417.56 | ($2,417.56) | 7/31/2012 | - | - |
| | 2708329 | 7/17/2012 | $1,371.15 | - | $1,371.15 | ($1,371.15) | 8/14/2012 | - | - |
| | 2711502 | 8/16/2012 | $392.35 | - | $392.35 | ($392.35) | 9/4/2012 | - | - |
| | 2713751 | 9/13/2012 | $1,114.50 | - | $1,114.50 | ($1,114.50) | 10/10/2012 | - | - |
| | 2720986 | 11/20/2012 | $3,804.90 | $2,660.57 | $6,465.47 | ($6,465.47) | 12/18/2012 | - | - |
| | 2722890 | 12/10/2012 | $12,924.75 | $84.81 | $13,009.56 | ($13,009.56) | 12/18/2012 | - | - |
| | 2727062 | 1/29/2013 | $2,400.00 | - | $2,400.00 | ($2,400.00) | 2/19/2013 | - | - |
| | 2728997 | 2/21/2013 | $6,231.90 | $99.00 | $6,330.90 | ($6,330.90) | 4/12/2013 | - | - |
| | 2731658 | 3/25/2013 | $481.90 | - | $481.90 | ($481.90) | 4/22/2013 | - | - |
| | 2734523 | 4/22/2013 | $15,301.05 | $125.00 | $15,426.05 | ($15,426.05) | 5/7/2013 | - | - |
| | 2737633 | 5/22/2013 | $11,602.85 | - | $11,602.85 | ($11,602.85) | 6/4/2013 | - | - |
| | 2745613 | 8/26/2013 | $713.70 | - | $713.70 | ($713.70) | 9/13/2013 | - | - |
| | 2747225 | 9/10/2013 | $4,542.50 | - | $4,542.50 | ($4,542.50) | 9/23/2013 | - | - |
| | 2749882 | 10/7/2013 | $1,401.05 | - | $1,401.05 | ($1,401.05) | 10/15/2013 | - | - |
| | 2754424 | 11/15/2013 | $5,245.00 | $1,100.00 | $6,345.00 | ($6,345.00) | 11/22/2013 | - | - |
| | 2756477 | 12/10/2013 | - | $3,000.00 | $3,000.00 | ($3,000.00) | 1/8/2014 | - | - |
| | 2760179 | 1/13/2014 | $1,283.75 | - | $1,283.75 | ($1,283.75) | 1/21/2014 | - | - |
| | 2762871 | 2/20/2014 | $103.95 | - | $103.95 | ($103.95) | 3/24/2014 | - | - |
| | 2775031 | 7/22/2014 | $1,815.30 | - | $1,815.30 | ($1,815.30) | 8/4/2014 | - | - |
| | 2777180 | 8/25/2014 | $1,665.30 | - | $1,665.30 | ($1,665.30) | 10/27/2014 | - | - |
| | 2780144 | 9/24/2014 | $4,258.90 | $484.50 | $4,743.40 | ($4,743.40) | 10/6/2014 | - | - |
| | 2783712 | 11/14/2014 | $13,429.65 | - | $13,429.65 | ($13,429.65) | 11/24/2014 | - | - |
| | 2786881 | 12/24/2014 | $753.45 | - | $753.45 | ($753.45) | 12/31/2014 | - | - |
| | 2791361 | 2/19/2015 | $868.75 | - | $868.75 | ($868.75) | 3/9/2015 | - | - |
| | 2794345 | 3/30/2015 | $137.70 | - | $137.70 | ($137.70) | 4/30/2015 | - | - |
| | 2805139 | 7/31/2015 | $1,446.25 | - | $1,446.25 | ($1,446.25) | 8/17/2015 | - | - |
| | 2807022 | 8/21/2015 | $70.00 | $250.50 | $320.50 | ($320.50) | 2/1/2016 | - | - |
| | | **General - Total** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |
| | | **GRAND TOTAL** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355007



**425 Park Avenue**
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      March 4, 2010
         40 West 57th Street
         New York, New York  10019
         Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 626801
**Our File Number:** 00647/0001                                **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

|  |  | Hours |
|---|---|---|
| 01/12/2010 | Ben-Jacob, Michael | 1.00 |
| 01/21/2010 | Ben-Jacob, Michael | 0.67 |
| 01/22/2010 | Ben-Jacob, Michael | 0.08 |
| 01/22/2010 | Ben-Jacob, Michael | 0.08 |
| 02/02/2010 | Migliaccio, Christopher | 2.75 |
| 02/03/2010 | Migliaccio, Christopher | 1.00 |
| 02/04/2010 | Migliaccio, Christopher | 1.50 |
| 02/05/2010 | Ben-Jacob, Michael | 0.17 |
| 02/05/2010 | Migliaccio, Christopher | 2.75 |
| 02/11/2010 | Ben-Jacob, Michael | 0.25 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    March 4, 2010

RE: General                                              **Invoice#:** 626801
**Our File Number:** 00647/0001                             **PAGE:**    2

═══════════════════════════════════════════════════════════════════════

███████████████████████████

02/11/2010  Migliaccio, Christopher                                3.50

███████████████████████████████████
                                                        ----------
                                Total Hours................    13.75
                Fees through 02/28/2010....................    $6,026.25


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*
                              Rate        Hours        Fees
Ben-Jacob, Michael          $685.00        2.25      $1,541.25
Migliaccio, Christopher      390.00       11.50       4,485.00

            Fees through 02/28/2010...............    13.75      $6,026.25


Fees this Invoice.........................................................    $6,026.25
**Total Due this Invoice..........................................**    **$6,026.25**

KAYE SCHOLER LLP

TO:   Argre Management LLC                                          March 4, 2010

**RE:** General                                              **Invoice#:** 626801
**Our File Number:** 00647/0001                                    **PAGE:**   3

===============================================================================

<u>Kaye Scholer LLP</u>

                                          425 Park Avenue
                                          New York, NY  10022-3598
                                          212-836-8000
                                          Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 626801
Total Amount Due: $6,026.25

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER              WH_MDL_00355010



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    April 12, 2010
      40 West 57th Street
      New York, New York 10019
      Attn: John H. van Merkensteijn, III


**RE:** General                                    **Invoice#:** 631064
**Our File Number:** 00647/0001                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2010

|            |                        | Hours |
|------------|------------------------|-------|
| 01/20/2010 | Tuchman, L.            | 0.50  |
| 01/20/2010 | Tuchman, L.            | 0.50  |
| 01/20/2010 | Tuchman, L.            | 0.58  |
| 01/21/2010 | Ben-Jacob, Michael     | 0.67  |
| 01/21/2010 | Tuchman, L.            | 0.17  |
| 01/21/2010 | Tuchman, L.            | 0.17  |
| 01/21/2010 | Tuchman, L.            | 0.17  |
| 02/02/2010 | Ben-Jacob, Michael     | 1.00  |
| 03/16/2010 | Ben-Jacob, Michael     | 0.75  |

03/16/2010   Ben-Jacob, Michael
             Call w/Matt re tax credits for German withholding on dividends; follow up
             meeting w/Greg.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355011**

**KAYE SCHOLER LLP**

TO:   Argre Management LLC

April 12, 2010

**RE:** General

**Invoice#:** 631064

**Our File Number:** 00647/0001

**PAGE:**  2

| | | |
|---|---|---|
| 03/16/2010 | Benson, Gregg M | 2.50 |
| | Discuss with mbj; foreign tax credit research and review of notice 98-5. | |
| 03/18/2010 | Ben-Jacob, Michael | 1.17 |
| | Meeting w/Greg re: Foreign tax credit questions re: Irish/German investment review/edit email to Matt w/conclusions. | |
| 03/18/2010 | Benson, Gregg M | 3.75 |
| | Research regarding foreign tax credits through a pass-through; review notice 98-5; discuss with mbj; prepare email summary. | |
| 03/22/2010 | Ben-Jacob, Michael | 0.58 |
| | Call w/John; foreign tax credit matters; related meeting w/Argre re foreign source income questions. | |
| 03/22/2010 | Veillette, Rebecca | 0.50 |

Total Hours.................  13.01

Fees through 03/31/2010...................................  $8,723.50

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 4.17 | $2,856.45 |
| Tuchman, L. | 870.00 | 2.09 | 1,818.30 |
| Benson, Gregg M | 625.00 | 6.25 | 3,906.25 |
| Veillette, Rebecca | 285.00 | 0.50 | 142.50 |
| Fees through 03/31/2010............... | | 13.01 | $8,723.50 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          April 12, 2010

RE: General                                           Invoice#: 631064
Our File Number: 00647/0001                                      PAGE:    3

| Invoice# | Date | Amount |
|---|---|---|
| 626801 | 03/04/2010 | $6,026.25 |
| Prior Balance Due........................................................................... | | $6,026.25 |

| | |
|---|---|
| Fees this Invoice.......................................................................... | $8,723.50 |
| Total Due this Invoice.................................................................. | $8,723.50 |
| Prior Balance Due (from above)................................................... | 6,026.25 |
| **TOTAL DUE**............................................................................ | **$14,749.75** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355013

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      April 12, 2010

    **RE:** General                                      **Invoice#:** 631064
    **Our File Number:** 00647/0001                     **PAGE:**    4

=================================================================

Kaye Scholer LLP

                                                 425 Park Avenue
                                                 New York, NY  10022-3598
                                                 212-836-8000
                                                 Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 631064
Total Amount Due: $14,749.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355014**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    May 4, 2010
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com
      Attn: John H. van Merkensteijn, III

**RE:** General                                  **Invoice#:** 632796
**Our File Number:** 00647/0001                         **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/04/2010

On-Account Fees..................................................   $268.55

Adjusted Fees..................................................              $268.55

**Total Due this Invoice..................................................**         **$268.55**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
          Mail Code 81
          P. O. Box 11839
          Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 632796
      Total Amount Due: $268.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355016



**425 Park Avenue**
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                           May 10, 2010
          40 West 57th Street
          New York, New York  10019
          Attn: John H. van Merkensteijn, III

**RE:** General                               **Invoice#:** 633095
**Our File Number:** 00647/0001                 **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2010

|  |  | Hours |
|---|---|---|
| 04/16/2010 | Tuchman, L. | 0.75 |
| | ████████████████████████████████ | |
| 04/19/2010 | Ben-Jacob, Michael | 1.08 |
| | Attention to matters needed for Irish/German dividend deal. | |
| 04/20/2010 | Tuchman, L. | 0.75 |
| | ████████████████████████████████ | |
| 04/22/2010 | Tuchman, L. | 0.33 |
| | ██████████████████████████ | |
| 04/23/2010 | Ben-Jacob, Michael | 2.17 |
| | ████████████████████████████ | |
| 04/23/2010 | Tuchman, L. | 4.25 |
| | ██████████████████████████████ | |
| 04/26/2010 | Ben-Jacob, Michael | 1.17 |
| | ████████████████████████████ | |
| 04/27/2010 | Ben-Jacob, Michael | 0.25 |
| | ██████████████████████████ | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**     **WH_MDL_00355017**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC

May 10, 2010

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 633095
**PAGE:**    2

═══════════════════════════════════════════════════════════════════

| 04/27/2010 | Schneider, W.H. | 0.25 |
|---|---|---|

04/27/2010    Tuchman, L.                                                      4.58

04/28/2010    Ben-Jacob, Michael                                          0.25

04/28/2010    Tuchman, L.                                                      4.25
Meeting with J. van Merkensteijn, M. Stein, A. LaRossa, J. Lhote and
conference call with potential investor; office conferences with M. Ben-
Jacob re: proposed structure; revision of steps outline and charts; research
carried interest issues and office conference with G. Benson.

04/29/2010    Ben-Jacob, Michael                                          0.83

04/29/2010    Schneider, W.H.                                                0.25

04/29/2010    Tuchman, L.                                                      1.83

                                                                    ----------
                                        Total Hours................    22.99

                Fees through 04/30/2010...................................    $18,940.05


*----------------------------TIME AND FEE SUMMARY----------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 5.75 | $3,938.75 |
| Schneider, W.H. | 875.00 | 0.50 | 437.50 |
| Tuchman, L. | 870.00 | 16.74 | 14,563.80 |
| Fees through 04/30/2010............... | | 22.99 | $18,940.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355018**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                    May 10, 2010

RE: General                                                       **Invoice#:** 633095
**Our File Number:** 00647/0001                                      **PAGE:**    3

═══════════════════════════════════════════════════════════════════════════════

```
        *-----------------------COSTS ADVANCED THROUGH 04/30/2010----------------------*
                Meals                                                 $77.90
                                                        --------------------
                        Total Costs through 04/30/2010........................   $77.90
```

Fees this Invoice...................................................   $18,940.05

Less Discount of................................................   (3,000.00)

Adjusted Fees.........................................................              $15,940.05

Costs this Invoice.................................................                    $77.90

Total Due this Invoice...........................................              $16,017.95

Applied On-account Value........................................              (268.55)

**TOTAL DUE**........................................................              **$15,749.40**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355019**

KAYE SCHOLER LLP

TO:   Argre Management LLC                                          May 10, 2010

RE: General                                                    **Invoice#:** 633095
**Our File Number:** 00647/0001                                **PAGE:**    4

===============================================================================

Kaye Scholer LLP

                                                    425 Park Avenue
                                                    New York, NY  10022-3598
                                                    212-836-8000
                                                    Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 633095
Total Amount Due: $15,749.40



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                          June 8, 2010
      40 West 57th Street
      New York, New York  10019
      Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 635694
**Our File Number:** 00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

|            |                    | Hours |
|------------|--------------------|-------|
| 03/01/2010 | Veillette, Rebecca | 1.50  |
| 03/01/2010 | Veillette, Rebecca | 1.00  |
| 03/03/2010 | Veillette, Rebecca | 0.17  |
| 04/25/2010 | Tuchman, L.        | 2.75  |
| 04/26/2010 | Tuchman, L.        | 3.83  |
| 04/30/2010 | Tuchman, L.        | 1.33  |
| 05/02/2010 | Tuchman, L.        | 1.75  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355021**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      June 8, 2010

RE: General                                                **Invoice#:** 635694
**Our File Number:** 00647/0001                             **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════════

| | | |
|---|---|---:|
| 05/03/2010 | Tuchman, L. | 0.75 |
| | Telephone conferences with M. Stein and J. Van Merkensteijn. | |
| 05/03/2010 | Benson, Gregg M | 4.00 |
| | ████████████████████████████ | |
| 05/04/2010 | Tuchman, L. | 0.75 |
| | ████████████████████████████ | |
| 05/05/2010 | Tuchman, L. | 0.75 |
| | ████████████████████████████ | |
| 05/05/2010 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob; telephone conference client and review of material re investments. | |
| 05/06/2010 | Tuchman, L. | 1.00 |
| | ████████████████████████████ | |
| 05/06/2010 | Woodard, A.F. | 1.50 |
| | Review of material re possible investment strategies. | |
| 05/07/2010 | Woodard, A.F. | 0.67 |
| | ████████████████████████████ | |
| 05/09/2010 | Tuchman, L. | 1.00 |
| | ██████████████ | |
| 05/10/2010 | Woodard, A.F. | 0.25 |
| | ██████████████ | |

Total Hours................. 24.75

Fees through 05/31/2010................................... $19,094.80

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355022**

KAYE SCHOLER LLP

TO:   Argre Management LLC                                                June 8, 2010

RE: General                                                    **Invoice#:** 635694
**Our File Number:** 00647/0001                                      **PAGE:**   3

═══════════════════════════════════════════════════════════════════════

|                      | Rate     | Hours | Fees        |
|----------------------|----------|-------|-------------|
| Tuchman, L.          | $870.00  | 13.91 | $12,101.70  |
| Woodard, A.F.        | 895.00   | 4.17  | 3,732.15    |
| Benson, Gregg M      | 625.00   | 4.00  | 2,500.00    |
| Veillette, Rebecca   | 285.00   | 2.67  | 760.95      |
| Fees through 05/31/2010............... | | 24.75 | $19,094.80 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2010-----------------------\*

Transportation                                               $132.50

Total Costs through 05/31/2010......................... $132.50

Fees this Invoice......................................................... $19,094.80

Costs this Invoice........................................................ $132.50

**Total Due this Invoice................................................. $19,227.30**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355023**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                        June 8, 2010

RE: General                                                  Invoice#: 635694
Our File Number: 00647/0001                                   PAGE:    4

======================================================================

Kaye Scholer LLP

                                              425 Park Avenue
                                              New York, NY  10022-3598
                                              212-836-8000
                                              Fed. ID No. 13-1672623


CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 635694
Total Amount Due: $19,227.30

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355024



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC                                    October 6, 2010
40 West 57th Street
New York, New York 10019
Attn: John H. van Merkensteijn, III

**RE:** General                                            **Invoice#:** 646735
**Our File Number:** 00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|            |                     | Hours |
|------------|---------------------|-------|
| 09/07/2010 | Ben-Jacob, Michael  | 0.33  |
| 09/20/2010 | Tuchman, L.         | 0.42  |
| 09/21/2010 | Ben-Jacob, Michael  | 0.50  |
| 09/21/2010 | Tuchman, L.         | 0.42  |
| 09/27/2010 | Ben-Jacob, Michael  | 0.50  |
| 09/27/2010 | Tuchman, L.         | 1.00  |

Total Hours.................  3.17

Fees through 09/30/2010....................................  $2,511.85

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|                    | Rate     | Hours | Fees     |
|--------------------|----------|-------|----------|
| Ben-Jacob, Michael | $685.00  | 1.33  | $911.05  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355025**

# KAYE SCHOLER LLP

TO:    Argre Management LLC                                              October 6, 2010

**RE:** General                                                     **Invoice#:** 646735
**Our File Number:** 00647/0001                                         **PAGE:**    2

========================================================================

Tuchman, L.                              870.00          1.84          1,600.80
                        Fees through 09/30/2010..............    3.17       $2,511.85


Fees this Invoice.........................................................    $2,511.85
**Total Due this Invoice..............................................**    **$2,511.85**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355026**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 646735
Total Amount Due: $2,511.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355027



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
Attn: John H. van Merkensteijn, III

December 9, 2010

**RE:** General                                    **Invoice#:** 653901
**Our File Number:** 00647/0001                    **PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|            |                        | Hours |
|------------|------------------------|------:|
| 11/09/2010 | Ben-Jacob, Michael     | 1.67 |
|            | Call with Matt regarding dividend transaction. Related conference with Gary. | |
| 11/11/2010 | Ben-Jacob, Michael     | 0.25 |
| 11/11/2010 | Soloveichik, Sarah     | 0.17 |
| 11/12/2010 | Ben-Jacob, Michael     | 0.33 |
| 11/17/2010 | Tuchman, L.            | 2.75 |
| 11/18/2010 | Ben-Jacob, Michael     | 0.33 |
| 11/18/2010 | Gartner, Gary J        | 1.00 |
| 11/18/2010 | Tuchman, L.            | 0.83 |
| 11/19/2010 | Ben-Jacob, Michael     | 0.17 |
| 11/19/2010 | Gartner, Gary J        | 1.83 |

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                December 9, 2010

    **RE:** General                                                **Invoice#:** 653901
    **Our File Number:** 00647/0001                              **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════



| | | |
|---|---|---|
| 11/22/2010 | Ben-Jacob, Michael | 0.58 |
| 11/22/2010 | Gartner, Gary J | 1.42 |
| 11/23/2010 | Ben-Jacob, Michael | 5.00 |
| 11/23/2010 | Scheine, Jeffrey D | 5.00 |
| 11/24/2010 | Ben-Jacob, Michael | 0.92 |
| 11/24/2010 | Gartner, Gary J | 1.92 |
| 11/24/2010 | Tuchman, L. | 0.58 |
| 11/30/2010 | Gartner, Gary J | 0.92 |
| 11/30/2010 | Tuchman, L. | 2.00 |

                                                   ----------
                      Total Hours................    27.67

            Fees through 11/30/2010...................................    $22,438.45


    \*---------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 9.25 | $6,336.25 |
| Gartner, Gary J | 930.00 | 7.09 | 6,593.70 |
| Scheine, Jeffrey D | 820.00 | 5.00 | 4,100.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355029**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                           December 9, 2010

**RE:** General                                          **Invoice#:** 653901
**Our File Number:** 00647/0001                  **PAGE:**    3

===============================================================

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 6.16 | 5,359.20 |
| Soloveichik, Sarah | 290.00 | 0.17 | 49.30 |
| Fees through 11/30/2010............... | | 27.67 | $22,438.45 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 646735 | 10/06/2010 | $2,511.85 |
| Prior Balance Due........................................................ | | $2,511.85 |

| | | |
|---|---|---|
| Fees this Invoice.................................................. | $22,438.45 | |
| Less Discount of................................................. | (2,069.85) | |
| Adjusted Fees........................................................ | | $20,368.60 |
| Total Due this Invoice........................................ | | $20,368.60 |
| Prior Balance Due (from above)................................ | | 2,511.85 |
| **TOTAL DUE**........................................................ | | **$22,880.45** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355030**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 653901
Total Amount Due: $22,880.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    January 28, 2011
     40 West 57th Street
     New York, New York 10019
     Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 657645
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

|  |  | **Hours** |
|---|---|---|
| 12/01/2010 | Gartner, Gary J | 1.75 |
| | Telephone conference regarding withholding issue and consideration of Code provision. | |
| 12/01/2010 | Scheine, Jeffrey D | 0.50 |
| | Discussion with Louis Tuchman concerning foreign tax credit issues. | |
| 12/01/2010 | Tuchman, L. | 2.17 |
| | Office conferences with J. Scheine and S. Soloveichik regarding proposed foreign tax credit structure; ██████████████████████ | |
| 12/01/2010 | Soloveichik, Sarah | 0.17 |
| | Received background information from Louis Tuchman. | |
| 12/02/2010 | Ben-Jacob, Michael | 1.17 |
| | ████████████████████████████ | |
| 12/02/2010 | Gartner, Gary J | 1.08 |
| | Consider issues regarding single stock future. | |
| 12/02/2010 | Tuchman, L. | 0.25 |
| | Office conference with M.B. Jacobs re: domain trading. | |
| 12/03/2010 | Ben-Jacob, Michael | 1.00 |
| | ████████████████████████████ | |
| 12/03/2010 | Gartner, Gary J | 0.83 |
| | ████████████████████████████ | |
| 12/03/2010 | Soloveichik, Sarah | 2.33 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                         January 28, 2011

  RE: General                                                 **Invoice#:** 657645
  **Our File Number:** 00647/0001                                **PAGE:**   2

═══════════════════════════════════════════════════════════════════════════

|            | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid. |        |
|------------|------------------------------------------------------------------------------------------------------------------------|--------|
| 12/03/2010 | Soloveichik, Sarah                                                                                                      | 0.75   |
|            | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid.  Summarized research in email to Louis Tuchman. |        |
| 12/06/2010 | Ben-Jacob, Michael                                                                                                     | 1.58   |
|            | Call with Jerome re German tax refund/FTC questions ██████████                                                          |        |
| 12/06/2010 | Wells, Peter B                                                                                                         | 2.58   |
| 12/07/2010 | Ben-Jacob, Michael                                                                                                     | 1.08   |
| 12/07/2010 | Wells, Peter B                                                                                                         | 4.42   |
| 12/08/2010 | Ben-Jacob, Michael                                                                                                     | 1.67   |
| 12/08/2010 | Tuchman, L.                                                                                                            | 1.25   |
| 12/08/2010 | Wells, Peter B                                                                                                         | 1.42   |
| 12/09/2010 | Ben-Jacob, Michael                                                                                                     | 0.33   |
| 12/09/2010 | Wells, Peter B                                                                                                         | 1.67   |
| 12/15/2010 | Ben-Jacob, Michael                                                                                                     | 0.25   |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**               **WH_MDL_00355033**

KAYE SCHOLER LLP

| | |
|---|---|
| TO:   Argre Management LLC | January 28, 2011 |

| | |
|---|---|
| RE: General | Invoice#: 657645 |
| Our File Number: 00647/0001 | PAGE:   3 |

================================================================

| 12/21/2010 | Ben-Jacob, Michael | | 0.50 |
|---|---|---|---|
| 12/22/2010 | Ben-Jacob, Michael | | 0.25 |
| 12/28/2010 | Wells, Peter B | | 1.17 |
| 12/30/2010 | Wells, Peter B | | 0.25 |

```
                                        ----------
                       Total Hours.................   30.42
           Fees through 12/31/2010....................   $18,780.00
```

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 7.83 | $5,363.55 |
| Gartner, Gary J | 930.00 | 3.66 | 3,403.80 |
| Scheine, Jeffrey D | 820.00 | 0.50 | 410.00 |
| Tuchman, L. | 870.00 | 3.67 | 3,192.90 |
| Soloveichik, Sarah | 290.00 | 3.25 | 942.50 |
| Wells, Peter B | 475.00 | 11.51 | 5,467.25 |
| Fees through 12/31/2010............... | | 30.42 | $18,780.00 |

| | | |
|---|---|---|
| Fees this Invoice................................... | $18,780.00 | |
| Less Discount of............................... | (3,780.00) | |
| Adjusted Fees............................................................. | $15,000.00 | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

**K**AYE SCHOLER LLP

TO:     Argre Management LLC                                    January 28, 2011

**RE:** General                                          **Invoice#:** 657645
**Our File Number:** 00647/0001                              **PAGE:**    4

====================================================================================

**Total Due this Invoice**.................................................................     **$15,000.00**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 657645
Total Amount Due: $15,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
40 West 57th Street
New York, New York  10019
Attn: John H. van Merkensteijn, III

March 15, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 663115
**PAGE:**  1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2011

| | | Hours |
|---|---|---|
| 02/01/2011 | Ben-Jacob, Michael | 1.33 |
| | Call with John re German Ex-Dividend transaction and structuring with charity; related research/review of memo. | |
| 02/02/2011 | Ben-Jacob, Michael | 1.00 |
| | Call with John re ex-dividend transaction; related consideration of memo. | |
| 02/03/2011 | Ben-Jacob, Michael | 0.25 |
| | Attention to memo. | |
| 02/04/2011 | Abramowitz, L. | 0.50 |
| | Office conference Ben-Jacob; research UBTI with respect to church; correspondence. | |
| 02/04/2011 | Ben-Jacob, Michael | 0.58 |
| | Attention to memo re ex-dividend matter; conference with Laurie Abramowitz re UBT1 issues. | |
| 02/06/2011 | Ben-Jacob, Michael | 0.33 |
| | Review US/German Tax treaty and structuring memo. | |
| 02/07/2011 | Ben-Jacob, Michael | 1.25 |
| | Calls with Matt and John re ex-dividend transaction; related conference with Louis and Woody and email re background info. | |
| 02/07/2011 | Tuchman, L. | 1.67 |
| | Office conferences with M. Ben-Jacob regarding German "ex-Dividend" structure and review of same and of proposed new version. | |
| 02/07/2011 | Woodard, A.F. | 0.17 |
| | Review of material re German investment. | |
| 02/07/2011 | Wells, Peter B | 1.25 |
| | ███████████ | |
| 02/08/2011 | Ben-Jacob, Michael | 1.25 |
| | Call with Matt, John and Jerome re ex-dividend transaction ███████ | |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      March 15, 2011

RE: General                                                **Invoice#:** 663115
**Our File Number:** 00647/0001                              **PAGE:**    2

---

| Date | | Amount |
|---|---|---|
| 02/08/2011 | Tuchman, L. | 3.25 |
| | Conference call regarding proposed deal, structure; research; telephone conferences and office conferences with A.F. Woodard, J. Lhote and M. Ben-Jacob; analysis of same; telephone conferences with R.A. Greiss. | |
| 02/08/2011 | Woodard, A.F. | 1.84 |
| | Office conferences L. Tuchman, conference call client, and review of material re potential German investment. | |
| 02/08/2011 | Wells, Peter B | 1.00 |
| | ███████████████████████████████████ | |
| 02/09/2011 | Ben-Jacob, Michael | 1.83 |
| | Calls with John re ex-dividend transaction; related conference call with London advisors. | |
| 02/09/2011 | Tuchman, L. | 2.17 |
| | Conference call with client; A.F. Woodard, M.B. Jacob, Solo adviser re: German ex-dividend transaction; follow-up discussions re: same. | |
| 02/09/2011 | Woodard, A.F. | 0.92 |
| | Conference call client; office conference L. Tuchman and review of material. | |
| 02/09/2011 | Wells, Peter B | 0.67 |
| | ███████████████████████████████████ | |
| 02/09/2011 | Wells, Peter B | 1.50 |
| | ███████████████████████████████████ | |
| 02/10/2011 | Ben-Jacob, Michael | 0.50 |
| | ███████████████████████████████████ | |
| 02/10/2011 | Eichel, Steven R | 0.54 |
| | ███████████████████████████████████ | |
| 02/10/2011 | Wells, Peter B | 1.50 |
| | ███████████████████████████████████ | |
| 02/11/2011 | Ben-Jacob, Michael | 0.75 |
| | ███████████████████████████████████ | |
| 02/11/2011 | Eichel, Steven R | 0.67 |
| | ███████████████████████████████████ | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355038**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                      March 15, 2011

**RE:** General                                        **Invoice#:** 663115
**Our File Number:** 00647/0001                              **PAGE:**   3



| | | |
|---|---|---|
| 02/11/2011 | Wells, Peter B | 1.25 |
| 02/14/2011 | Wells, Peter B | 1.25 |
| 02/15/2011 | Ben-Jacob, Michael | 0.33 |
| 02/16/2011 | Ben-Jacob, Michael | 0.75 |
| 02/16/2011 | Wells, Peter B | 0.50 |
| 02/23/2011 | Ben-Jacob, Michael | 0.75 |
| 02/23/2011 | Eichel, Steven R | 0.17 |
| 02/23/2011 | Wells, Peter B | 0.75 |
| 02/24/2011 | Wells, Peter B | 1.00 |
| 02/25/2011 | Wells, Peter B | 1.25 |
| 02/28/2011 | Ben-Jacob, Michael | 0.08 |
| 02/28/2011 | Wells, Peter B | 0.75 |

Total Hours.................   35.55

Fees through 02/28/2011....................................   $24,855.40

*---------------------------------TIME AND FEE SUMMARY---------------------------------*
                                 Rate          Hours              Fees

KAYE SCHOLER LLP

TO:    Argre Management LLC                                              March 15, 2011

RE: General                                                    **Invoice#:** 663115
**Our File Number:** 00647/0001                                        **PAGE:**    4

| | | | |
|---|---|---|---|
| Abramowitz, L. | $840.00 | 0.50 | $420.00 |
| Ben-Jacob, Michael | 710.00 | 10.98 | 7,795.80 |
| Tuchman, L. | 875.00 | 7.09 | 6,203.75 |
| Woodard, A.F. | 800.00 | 2.93 | 2,332.00 |
| Eichel, Steven R | 690.00 | 1.38 | 945.30 |
| Wells, Peter B | 565.00 | 12.67 | 7,158.55 |
| Fees through 02/28/2011............... | | 35.55 | $24,855.40 |

Fees this Invoice.................................................    $24,855.40
Less Discount of.................................................    (4,000.00)
Adjusted Fees........................................................................    $20,855.40
**Total Due this Invoice................................................................**    **$20,855.40**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355040**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 663115
Total Amount Due: $20,855.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355041**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
     40 West 57th Street
     New York, New York  10019
     Attn: John H. van Merkensteijn, III

August 9, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 676549
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|  |  | **Hours** |
|---|---|---|
| 07/12/2011 | Eichel, Steven R | 0.75 |
| ▮▮▮▮▮▮▮▮▮▮ | | |
| 07/19/2011 | Tuchman, L. | 0.75 |
| ▮▮▮▮▮▮▮▮▮▮ | | |
| | Total Hours................ | 1.50 |
| | Fees through 07/31/2011.................................. | $1,173.75 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $875.00 | 0.75 | $656.25 |
| Eichel, Steven R | 690.00 | 0.75 | 517.50 |
| Fees through 07/31/2011............... | | 1.50 | $1,173.75 |

*-----------------------COSTS ADVANCED THROUGH 07/31/2011-----------------------*

| | |
|---|---|
| Transportation | $293.70 |
| Messengers/Courier | 26.25 |
| Total Costs through 07/31/2011......................... | $319.95 |

| | |
|---|---|
| Fees this Invoice.................................................................... | $1,173.75 |
| Costs this Invoice.................................................................. | $319.95 |
| **Total Due this Invoice............................................................** | **$1,493.70** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355042**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 676549
Total Amount Due: $1,493.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355043



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                September 12, 2011
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III


**RE:** General                                          **Invoice#:** 679893
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

| | | | **Hours** |
|---|---|---|---|
| 08/15/2011 | Ben-Jacob, Michael | | 1.00 |
| 08/16/2011 | Ben-Jacob, Michael | | 0.17 |
| | | Total Hours................. | 1.17 |
| | Fees through 08/31/2011.................................... | | $830.70 |


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.17 | $830.70 |
| Fees through 08/31/2011.............. | | 1.17 | $830.70 |


\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 676549 | 08/09/2011 | $1,493.70 |
| Prior Balance Due......................................................................... | | $1,493.70 |


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355044**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                    September 12, 2011

    **RE:** General                                                    **Invoice#:** 679893
    **Our File Number:** 00647/0001                                  **PAGE:**   2

---

    Fees this Invoice...........................................................................   $830.70

    Total Due this Invoice.................................................................   $830.70

    Prior Balance Due (from above)..................................................   1,493.70

    **TOTAL DUE.........................................................................**   **$2,324.40**

        **Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355045**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 679893
Total Amount Due: $2,324.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355046



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    October 11, 2011
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                            **Invoice#:** 682560
**Our File Number:** 00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|            |                                                                                    | Hours |
|------------|------------------------------------------------------------------------------------|-------|
| 09/12/2011 | Ben-Jacob, Michael                                                                 | 0.42  |
|            | Call with Matt regarding pension structure for next ex-dividend deal.              |       |
| 09/12/2011 | Woodard, A.F.                                                                      | 1.75  |
|            | Office conference M. Ben-Jacob and research re proposed transaction.               |       |
| 09/13/2011 | Woodard, A.F.                                                                      | 3.17  |
|            | Office conference M. Ben-Jacob and research re proposed transaction.               |       |
| 09/14/2011 | Woodard, A.F.                                                                      | 4.00  |
|            | Telephone conferences L. Tuchman and M. Marcirs and review of material re UBTI and other issues re proposed investment. |       |
| 09/15/2011 | Ben-Jacob, Michael                                                                 | 1.25  |
|            | Conference with Woody regarding analysis of pension option for ex-dividend transaction; related call with Matt. |       |
| 09/15/2011 | Woodard, A.F.                                                                      | 2.17  |
|            | Office conference M. Ben-Jacob and review of material re UBTI and other issues.    |       |
| 09/16/2011 | Woodard, A.F.                                                                      | 0.83  |
|            | Review of material re UBTI and other issues.                                       |       |
| 09/20/2011 | Woodard, A.F.                                                                      | 0.25  |
|            | Telephone conference L. Tuchman re UBTI.                                            |       |
| 09/21/2011 | Woodard, A.F.                                                                      | 1.42  |
|            | Office conference G. Benson, telephone conference L. Berger and review of material re proposed transaction. |       |
| 09/22/2011 | Woodard, A.F.                                                                      | 0.42  |

**K**AYE SCHOLER LLP

TO:     Argre Management LLC                                   October 11, 2011

RE: General                                                   **Invoice#:** 682560
**Our File Number:** 00647/0001                                **PAGE:**    2

====================================================================================

██████████████████████████████

09/23/2011   Woodard, A.F.                                              0.50
████████████████████████████

09/28/2011   Ben-Jacob, Michael                                        0.17
██████████████████████████████████

09/28/2011   Veillette, Rebecca                                        2.25
███████████████████████████████████████

09/29/2011   Veillette, Rebecca                                        0.25
██████████████████████████████████

09/30/2011   Veillette, Rebecca                                        1.08
█████████████████████████████████               ----------
                                         Total Hours................   19.93

                 Fees through 09/30/2011...................   $13,970.50


        *-------------------------------TIME AND FEE SUMMARY-------------------------------*
                                Rate         Hours          Fees
        Ben-Jacob, Michael      $710.00       1.84       $1,306.40
        Woodard, A.F.           800.00       14.51       11,608.00
        Veillette, Rebecca      295.00        3.58        1,056.10

                 Fees through 09/30/2011...............    19.93      $13,970.50

        *-----------------------COSTS ADVANCED THROUGH 09/30/2011-----------------------*
        Corp. Filings & Searches                            $661.75
                                                       --------------------
                 Total Costs through 09/30/2011........................    $661.75


        Fees this Invoice.........................................................    $13,970.50

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355048**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                   October 11, 2011

**RE:** General                                        **Invoice#:** 682560
**Our File Number:** 00647/0001                             **PAGE:**    3

Costs this Invoice.........................................................................     $661.75
**Total Due this Invoice...............................................................**     **$14,632.25**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**               **WH_MDL_00355049**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 682560
Total Amount Due: $14,632.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355050

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC                                    November 14, 2011
    40 West 57th Street
    New York, New York 10019
    Attn: John H. van Merkensteijn, III


**RE:** General                                    **Invoice#:** 685991
**Our File Number:** 00647/0001                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|            |                                                              | Hours |
|------------|--------------------------------------------------------------|-------|
| 10/03/2011 | Ben-Jacob, Michael                                           | 0.08  |
|            | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                              |       |
| 10/03/2011 | Eichel, Steven R                                            | 1.83  |
|            | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                    |       |
| 10/04/2011 | Veillette, Rebecca                                          | 0.33  |
|            | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                          |       |
| 10/05/2011 | Eichel, Steven R                                            | 0.67  |
|            | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                          |       |
| 10/05/2011 | Veillette, Rebecca                                          | 0.42  |
|            | ▮▮▮▮▮▮▮▮▮▮▮▮                                                |       |
| 10/10/2011 | Ben-Jacob, Michael                                          | 0.17  |
|            | Conference with Woody regarding pension/ex-dividend strategy. |       |
| 10/10/2011 | Woodard, A.F.                                               | 0.25  |
|            | Office conference M. Ben-Jacob and review of material.       |       |
| 10/12/2011 | Ben-Jacob, Michael                                          | 0.50  |
|            | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                          |       |
| 10/12/2011 | Woodard, A.F.                                               | 0.50  |
|            | Review of material.                                          |       |
| 10/13/2011 | Woodard, A.F.                                               | 1.50  |
|            | Review of material re proposed transaction.                  |       |
| 10/17/2011 | Briggs, Lindsey V                                           | 0.33  |
|            | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                              |       |
| 10/18/2011 | Ben-Jacob, Michael                                          | 1.08  |
|            | Attention to ex-dividend strategy; related conference with Woody. |    |
| 10/19/2011 | Ben-Jacob, Michael                                          | 0.50  |

**K**AYE SCHOLER LLP

TO:     Argre Management LLC                                   November 14, 2011

**RE:** General                                               **Invoice#:** 685991
**Our File Number:** 00647/0001                               **PAGE:**    2

====================================================================

Call with Matt, Jerome and Woody regarding pension - ex dividend planning.

10/19/2011  Woodard, A.F.                                                    1.25
████████████████████████████████████████████████████████ ;
conference call M. Ben-Jacob and client re proposed investment.

                                    Total Hours................     9.41

            Fees through 10/31/2011...................................     $6,535.85


*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|                    | Rate      | Hours | Fees        |
|--------------------|-----------|-------|-------------|
| Ben-Jacob, Michael | $710.00   | 2.33  | $1,654.30   |
| Woodard, A.F.      | 800.00    | 3.50  | 2,800.00    |
| Eichel, Steven R   | 690.00    | 2.50  | 1,725.00    |
| Briggs, Lindsey V  | 410.00    | 0.33  | 135.30      |
| Veillette, Rebecca | 295.00    | 0.75  | 221.25      |
| Fees through 10/31/2011............... | | 9.41 | $6,535.85 |


Fees this Invoice.........................................................     $6,535.85
**Total Due this Invoice...............................................**     **$6,535.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355052**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 685991
Total Amount Due: $6,535.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355053



KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    December 12, 2011
40 West 57th Street
New York, New York 10019

RE: General                                          **Invoice#:** 688474
**Our File Number:** 00647/0001                          **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

| | | **Hours** |
|---|---|---:|
| 11/08/2011 | Tuchman, L. | 1.25 |
| | Telephone conference with M. Stein; research re: proposed structure. | |
| 11/09/2011 | Tuchman, L. | 0.75 |
| | Research and telephone conference with M. Stein. | |
| 11/10/2011 | Ben-Jacob, Michael | 0.25 |
| | Call with Matt and Jerome regarding potential planning. | |
| | Total Hours................. | 2.25 |
| | Fees through 11/30/2011.................................... | $1,927.50 |

*--------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 0.25 | $177.50 |
| Tuchman, L. | 875.00 | 2.00 | 1,750.00 |
| Fees through 11/30/2011............... | | 2.25 | $1,927.50 |

*-----------------------COSTS ADVANCED THROUGH 11/30/2011-----------------------*

| | |
|---|---|
| Corp. Filings & Searches | $224.25 |
| Total Costs through 11/30/2011......................... | $224.25 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 685991 | 11/14/2011 | $6,535.85 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355054**

**K**AYE SCHOLER LLP

TO:     Argre Management LLC                                          December 12, 2011

   **RE:** General                                               **Invoice#:** 688474
   **Our File Number:** 00647/0001                                  **PAGE:**    2

===============================================================================

   Prior Balance Due..........................................................        $6,535.85


   Fees this Invoice..........................................................        $1,927.50
   Costs this Invoice.........................................................         $224.25
   Total Due this Invoice.....................................................        $2,151.75
   Prior Balance Due (from above)...............................................        6,535.85
   **TOTAL DUE**............................................................        **$8,687.60**

   **Please remit payment within thirty (30) days.**

   **IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355055**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 688474
Total Amount Due: $8,687.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355056



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    March 31, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                    **Invoice#:** 696544
**Our File Number:**00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 12/07/2011 | Veillette, Rebecca   | 1.00 |
| 12/08/2011 | Veillette, Rebecca   | 1.00 |
| 12/20/2011 | Ben-Jacob, Michael   | 0.75 |
| 12/20/2011 | Briggs, Lindsey V    | 0.25 |
| 12/21/2011 | Briggs, Lindsey V    | 0.42 |
| 12/21/2011 | Veillette, Rebecca   | 0.50 |
| 12/22/2011 | Veillette, Rebecca   | 0.50 |
| 02/02/2012 | Ben-Jacob, Michael   | 0.17 |
| 02/22/2012 | Ben-Jacob, Michael   | 0.25 |
| 02/23/2012 | Ben-Jacob, Michael   | 0.33 |
| 02/23/2012 | Stromberg, Thomas    | 1.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355057**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                                    March 31, 2012

RE: General                                                          **Invoice#:** 696544
**Our File Number:** 00647/0001                                       **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════════════

| Date | Name | | Hours |
|------|------|--|-------|
| | ██████████████████ | | |
| 02/23/2012 | Sluder, Elizabeth C | ████████████ | 0.92 |
| 02/24/2012 | Stromberg, Thomas | █████████████████ | 0.50 |
| 02/27/2012 | Stromberg, Thomas | ██████████████ | 1.00 |
| 02/27/2012 | Sluder, Elizabeth C | ███████████████████████ | 4.58 |
| 02/28/2012 | Stromberg, Thomas | █████████████████ | 1.25 |
| 02/28/2012 | Sluder, Elizabeth C | ████████████ | 1.17 |
| 03/05/2012 | Wells, Peter B | ███████████████████ | 2.25 |
| 03/06/2012 | Wells, Peter B | ██████████████ | 1.00 |
| 03/15/2012 | Wells, Peter B | ████████████████ Work on issues related to due diligence for IRAs. | 5.00 |

                                                                    ----------
                                  Total Hours................   24.34

                  Fees through 03/31/2012.....................................   $14,797.45


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|--|------|-------|------|
| Ben-Jacob, Michael | $730.00* | 1.50 | $1,080.00 |
| Stromberg, Thomas | 810.00 | 4.25 | 3,442.50 |
| Briggs, Lindsey V | 410.00 | 0.67 | 274.70 |

KAYE SCHOLER LLP

TO:   Argre Management LLC                                      March 31, 2012

RE: General                                            **Invoice#:** 696544
**Our File Number:** 00647/0001                              **PAGE:**   3

===================================================================

| | | | |
|---|---|---|---|
| Sluder, Elizabeth C | 575.00 | 6.67 | 3,835.25 |
| Wells, Peter B | 640.00 | 8.25 | 5,280.00 |
| Veillette, Rebecca | 295.00 | 3.00 | 885.00 |
| Fees through 03/31/2012............... | | 24.34 | $14,797.45 |

*)      rate changed during the timespan of the bill

*-----------------------COSTS ADVANCED THROUGH 03/31/2012-----------------------*

| | |
|---|---|
| Duplicating | $10.10 |
| Transportation | 9.00 |
| Corp. Filings & Searches | 329.00 |
| Messengers/Courier | 52.49 |
| Meals | 48.50 |
| Total Costs through 03/31/2012......................... | $449.09 |

| | |
|---|---|
| Fees this Invoice................................................................ | $14,797.45 |
| Costs this Invoice............................................................... | $449.09 |
| **Total Due this Invoice................................................** | **$15,246.54** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 696544
Total Amount Due: $15,246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355060**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                            May 14, 2012
         40 West 57th Street
         New York, New York  10019

**RE:** General                                                    **Invoice#:** 702756
**Our File Number:**00647/0001                                    **PAGE:**    1

========================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 04/30/2012

========================================================

|  |  | **Hours** |
|---|---|---|
| 04/05/2012  Ben-Jacob, Michael | | 0.92 |
| ██████████████████████████ | | |
| 04/24/2012  Ben-Jacob, Michael | | 1.00 |
| ████████████████████ | | |
| | Total Hours................ | 1.92 |
| | Fees through 04/30/2012.................................. | $1,401.60 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 1.92 | $1,401.60 |
| Fees through 04/30/2012............... | | 1.92 | $1,401.60 |

*-----------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------*

| | |
|---|---|
| Messengers/Courier | $26.25 |
| Filing Fees/Court Fees | 105.00 |
| Total Costs through 04/30/2012........................ | $131.25 |

| | |
|---|---|
| Fees this Invoice................................................................ | $1,401.60 |
| Costs this Invoice.............................................................. | $131.25 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355061**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                   May 14, 2012

**RE:** General                                        **Invoice#:** 702756
**Our File Number:** 00647/0001                               **PAGE:**   2

===============================================================================

**Total Due this Invoice**.................................................................    **$1,532.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355062**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 702756
Total Amount Due: $1,532.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355063



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                      June 18, 2012
      40 West 57th Street
      New York, New York 10019

**RE:** General                                    **Invoice#:** 705166
**Our File Number:** 00647/0001                       **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2012

|                                                    | **Hours** |
|----------------------------------------------------|-----------|
| 05/03/2012  Ben-Jacob, Michael                     | 1.58      |
| 05/04/2012  Ben-Jacob, Michael                     | 1.67      |
| Total Hours                                        | 3.25      |
| Fees through 05/31/2012                            | $2,372.50 |

*-------------------------------TIME AND FEE SUMMARY-------------------------------*

|                    | Rate     | Hours | Fees      |
|--------------------|----------|-------|-----------|
| Ben-Jacob, Michael | $730.00  | 3.25  | $2,372.50 |
| Fees through 05/31/2012 |     | 3.25  | $2,372.50 |

*-----------------------COSTS ADVANCED THROUGH 05/31/2012-----------------------*

| Transportation                 | $11.00  |
|--------------------------------|---------|
| Messengers/Courier             | 34.06   |
| Total Costs through 05/31/2012 | $45.06  |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| **Invoice#** | **Date**   | **Amount**  |
|--------------|------------|-------------|
| 702756       | 05/14/2012 | $1,532.85   |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355064**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                        June 18, 2012

**RE:** General                                               **Invoice#:** 705166
**Our File Number:** 00647/0001                                  **PAGE:**    2

Prior Balance Due.................................................................   $1,532.85

Fees this Invoice...........................................................   $2,372.50
Costs this Invoice.........................................................     $45.06
Total Due this Invoice...............................................   $2,417.56
Prior Balance Due (from above)................................   1,532.85
**TOTAL DUE**...............................................................   **$3,950.41**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355065**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 705166
Total Amount Due: $3,950.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                July 17, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                    **Invoice#:** 708329
**Our File Number:**00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2012

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 06/05/2012 | Veillette, Rebecca   | 0.33 |
| 06/06/2012 | Veillette, Rebecca   | 0.33 |
| 06/12/2012 | Veillette, Rebecca   | 1.00 |
| 06/14/2012 | Ben-Jacob, Michael   | 0.67 |
| 06/15/2012 | Veillette, Rebecca   | 0.50 |
| 06/22/2012 | Veillette, Rebecca   | 0.33 |
| 06/27/2012 | Veillette, Rebecca   | 0.50 |

Total Hours................. 3.66

Fees through 06/30/2012.................................... $1,371.15

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|                     | Rate     | Hours | Fees     |
|---------------------|----------|-------|----------|
| Ben-Jacob, Michael  | $730.00  | 0.67  | $489.10  |
| Veillette, Rebecca  | 295.00   | 2.99  | 882.05   |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355067**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                              July 17, 2012

  **RE:** General                                                    **Invoice#:** 708329
  **Our File Number:** 00647/0001                                    **PAGE:**    2

=================================================================================

                         Fees through 06/30/2012...............    3.66    $1,371.15


        *-------------------------------OUTSTANDING BALANCE-------------------------------*
            **Invoice#**            **Date**                          **Amount**
            702756             05/14/2012                          $1,532.85
            705166             06/18/2012                           2,417.56
            Prior Balance Due............................................    $3,950.41


            Fees this Invoice...........................................    $1,371.15
            Total Due this Invoice......................................    $1,371.15
            Prior Balance Due (from above)..............................    3,950.41
            **TOTAL DUE**...............................................    **$5,321.56**

            **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355068**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 708329
Total Amount Due: $5,321.56

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355069



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    August 16, 2012
       40 West 57th Street
       New York, New York 10019

**RE:** General                                    **Invoice#:** 711502
**Our File Number:** 00647/0001                         **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2012

|  |  | **Hours** |
|---|---|---|
| 07/25/2012 | Veillette, Rebecca | 0.33 |
| 07/30/2012 | Veillette, Rebecca | 1.00 |
|  | Attention to forming Rajan Investments LLC. |  |
|  | Total Hours................. | 1.33 |
|  | Fees through 07/31/2012.................................... | $392.35 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $295.00 | 1.33 | $392.35 |
| Fees through 07/31/2012............... | | 1.33 | $392.35 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 708329 | 07/17/2012 | $1,371.15 |
| Prior Balance Due........................................................................ | | $1,371.15 |

| Fees this Invoice........................................................................ | $392.35 |
|---|---|

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                        August 16, 2012

RE: General                                                   **Invoice#:** 711502
**Our File Number:** 00647/0001                                **PAGE:**    2

Total Due this Invoice.................................................................    $392.35
Prior Balance Due (from above)..................................................    1,371.15
**TOTAL DUE.............................................................................**    **$1,763.50**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355071**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 711502
Total Amount Due: $1,763.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355072



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                September 13, 2012
       40 West 57th Street
       New York, New York 10019

**RE:** General                                    **Invoice#:** 713751
**Our File Number:** 00647/0001                         **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2012

|  |  | **Hours** |
|---|---|---|
| 08/01/2012 | Veillette, Rebecca | 0.75 |
| 08/08/2012 | Veillette, Rebecca | 0.58 |
| 08/09/2012 | Veillette, Rebecca | 1.25 |
| 08/10/2012 | Veillette, Rebecca | 0.67 |
|  | Rajan Investments - operating agreement. |  |
| 08/14/2012 | Veillette, Rebecca | 0.33 |
| 08/17/2012 | Ben-Jacob, Michael | 0.08 |

Total Hours................. 3.66

Fees through 08/31/2012.................................... $1,114.50

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.08 | $58.40 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 08/31/2012............... | | 3.66 | $1,114.50 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                    September 13, 2012

**RE:** General                                              **Invoice#:** 713751
**Our File Number:** 00647/0001                              **PAGE:**   2

Fees this Invoice............................................................................    $1,114.50

**Total Due this Invoice...............................................................**    **$1,114.50**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355074**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 713751
Total Amount Due: $1,114.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355075**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                          November 20, 2012
        40 West 57th Street
        New York, New York  10019


**RE:** General                                    **Invoice#:** 720986
**Our File Number:** 00647/0001                    **PAGE:**     1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

|            |                        | Hours |
|------------|------------------------|-------|
| 09/27/2012 | Ben-Jacob, Michael     | 0.08  |
| 09/28/2012 | Ben-Jacob, Michael     | 1.42  |
| 09/29/2012 | Ben-Jacob, Michael     | 0.17  |
| 10/07/2012 | Ben-Jacob, Michael     | 0.17  |
| 10/11/2012 | Wittenberg, Daniella T | 0.33  |
| 10/16/2012 | Veillette, Rebecca     | 0.25  |
| 10/17/2012 | Wells, Peter B         | 0.75  |
| 10/17/2012 | Veillette, Rebecca     | 0.50  |
| 10/24/2012 | Veillette, Rebecca     | 1.25  |
| 10/25/2012 | Wells, Peter B         | 1.00  |
| 10/25/2012 | Veillette, Rebecca     | 1.50  |

KAYE SCHOLER LLP

TO:   Argre Management LLC                              November 20, 2012

**RE:** General                                                **Invoice#:** 720986
**Our File Number:** 00647/0001                        **PAGE:**   2

========================================================================

10/26/2012  Veillette, Rebecca  █████████████████████               0.50

                                          ----------

                                   Total Hours.................   7.92

            Fees through 10/31/2012....................................   $3,804.90

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 1.84 | $1,343.20 |
| Wells, Peter B | 640.00 | 1.75 | 1,120.00 |
| Wittenberg, Daniella T | 490.00 | 0.33 | 161.70 |
| Veillette, Rebecca | 295.00 | 4.00 | 1,180.00 |
| Fees through 10/31/2012............... | | 7.92 | $3,804.90 |

\*----------------------COSTS ADVANCED THROUGH 10/31/2012----------------------\*

| | |
|---|---|
| Corp. Filings & Searches | $2,633.00 |
| Conference & Legal Staff/Travel Working Meals | 27.57 |
| Total Costs through 10/31/2012......................... | $2,660.57 |

| | |
|---|---|
| Fees this Invoice........................................................... | $3,804.90 |
| Costs this Invoice......................................................... | $2,660.57 |
| **Total Due this Invoice.............................................** | **$6,465.47** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355077**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 720986
Total Amount Due: $6,465.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                     December 10, 2012
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

RE: General                                              Invoice#: 722890
Our File Number:00647/0001                               PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

|            |                        | Hours |
|------------|------------------------|-------|
| 11/01/2012 | Wells, Peter B         | 1.42  |
| 11/05/2012 | Wells, Peter B         | 1.50  |
| 11/07/2012 | Gartner, Gary J        | 1.50  |
| 11/08/2012 | Gartner, Gary J        | 0.83  |
| 11/08/2012 | Veillette, Rebecca     | 1.33  |
| 11/09/2012 | Gartner, Gary J        | 0.67  |
| 11/12/2012 | Ben-Jacob, Michael     | 0.08  |
| 11/14/2012 | Gartner, Gary J        | 1.08  |
| 11/15/2012 | Ben-Jacob, Michael     | 0.08  |
| 11/15/2012 | Gartner, Gary J        | 1.17  |
|            | Telephone conference with client and review proposed regs. | |
| 11/16/2012 | Gartner, Gary J        | 1.17  |
|            | Consider proposed regs regarding trade. | |
| 11/19/2012 | Gartner, Gary J        | 0.50  |
|            | Update thinking regarding proposed regulations. | |
| 11/21/2012 | Gartner, Gary J        | 0.75  |
|            | Consider further issues regarding proposed regs and trade. | |
| 11/28/2012 | Gartner, Gary J        | 1.50  |
|            | Consider issues under proposed regs and trade. | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355079

KAYE SCHOLER LLP

TO:    Argre Management LLC                                December 10, 2012

RE: General                                              Invoice#: 722890
Our File Number: 00647/0001                              PAGE:   2

---

11/29/2012  Gartner, Gary J                                          1.17
            Review of authorities on possible trade.

                                     Total Hours.................  14.75

            Fees through 11/30/2012....................  $12,924.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                    | Rate      | Hours | Fees       |
|--------------------|-----------|-------|------------|
| Ben-Jacob, Michael | $730.00   | 0.16  | $116.80    |
| Gartner, Gary J    | 1,020.00  | 10.34 | 10,546.80  |
| Wells, Peter B     | 640.00    | 2.92  | 1,868.80   |
| Veillette, Rebecca | 295.00    | 1.33  | 392.35     |
| Fees through 11/30/2012 |      | 14.75 | $12,924.75 |

\*----------------------COSTS ADVANCED THROUGH 11/30/2012----------------------\*

Transportation                                            $84.81

Total Costs through 11/30/2012.........................    $84.81

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 720986   | 11/20/2012 | $6,465.47 |
| Prior Balance Due |   | $6,465.47 |

Fees this Invoice............................................  $12,924.75
Costs this Invoice...........................................      $84.81
Total Due this Invoice.......................................  $13,009.56
Prior Balance Due (from above)...............................    6,465.47
**TOTAL DUE**................................................  **$19,475.03**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER              WH_MDL_00355080

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 722890
Total Amount Due: $19,475.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355081

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC
        40 West 57th Street
        New York, New York 10019
        alicia@argremgt.com

January 17, 2013

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 727062
**PAGE:**     1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 12/04/2012 | Wells, Peter B     | 2.00      |
| 12/05/2012 | Wells, Peter B     | 1.75      |

|                          |            |
|--------------------------|------------|
| Total Hours............... | 3.75       |
| Fees through 12/31/2012.................................. | $2,400.00 |

*-------------------------------TIME AND FEE SUMMARY----------------------------------*

|                | Rate      | Hours | Fees      |
|----------------|-----------|-------|-----------|
| Wells, Peter B | $640.00   | 3.75  | $2,400.00 |
| Fees through 12/31/2012............... | | 3.75 | $2,400.00 |

|                                          |            |
|------------------------------------------|------------|
| Fees this Invoice.......................................................... | $2,400.00 |
| **Total Due this Invoice**.............................................. | **$2,400.00** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 727062
Total Amount Due: $2,400.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355083

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                February 21, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                          **Invoice#:** 728997
**Our File Number:**00647/0001                           **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 01/22/2013 | Veillette, Rebecca  | 0.50      |
| 01/24/2013 | Tuchman, L.         | 1.00      |
| 01/25/2013 | Tuchman, L.         | 2.50      |
| 01/28/2013 | Tuchman, L.         | 2.75      |
| 01/28/2013 | Veillette, Rebecca  | 1.08      |

Total Hours.................  7.83

Fees through 01/31/2013....................................  $6,231.90

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                     | Rate      | Hours | Fees       |
|---------------------|-----------|-------|------------|
| Tuchman, L.         | $920.00   | 6.25  | $5,750.00  |
| Veillette, Rebecca  | 305.00    | 1.58  | 481.90     |
| Fees through 01/31/2013............... | | 7.83 | $6,231.90 |

*-----------------------COSTS ADVANCED THROUGH 01/31/2013-----------------------*

| Reporters/Transcripts Fee |  | $99.00 |
|---------------------------|--|--------|
| Total Costs through 01/31/2013......................... | | $99.00 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 727062   | 01/29/2013 | $2,400.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355084**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    February 21, 2013

**RE:** General                                          **Invoice#:** 728997
**Our File Number:** 00647/0001                                  **PAGE:**    2

Prior Balance Due...................................................................    $2,400.00

Fees this Invoice..................................................................    $6,231.90
Costs this Invoice................................................................    $99.00
Total Due this Invoice...........................................................    $6,330.90
Prior Balance Due (from above)...............................................    2,400.00
**TOTAL DUE**..................................................................    **$8,730.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355085**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 728997
Total Amount Due: $8,730.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355086**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC                                           March 25, 2013
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

**RE:** General                                                  **Invoice#:** 731658
**Our File Number:**00647/0001                                    **PAGE:** 1

====================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2013

====================================================================

|                                              |                | **Hours** |
|----------------------------------------------|----------------|-----------|
| 02/12/2013  Veillette, Rebecca               |                | 0.58      |
| ██████████████████████                       |                |           |
| 02/27/2013  Veillette, Rebecca               |                | 0.58      |
| █████████████████████████████                |                |           |
| 02/27/2013  Veillette, Rebecca               |                | 0.42      |
| █████████████████████████████                |                |           |
|                                              | Total Hours................. | 1.58 |
|                        Fees through 02/28/2013.................................... | | $481.90 |

\*---------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                      | Rate    | Hours | Fees    |
|----------------------|---------|-------|---------|
| Veillette, Rebecca   | $305.00 | 1.58  | $481.90 |
| Fees through 02/28/2013.............. | | 1.58 | $481.90 |

\*---------------------------------OUTSTANDING BALANCE--------------------------------\*

| **Invoice#** | **Date**   | **Amount**  |
|--------------|------------|-------------|
| 728997       | 02/21/2013 | $6,330.90   |
| Prior Balance Due........................................................ | | $6,330.90 |

| | |
|---|---|
| Fees this Invoice............................................................ | $481.90 |
| Total Due this Invoice................................................... | $481.90 |
| Prior Balance Due (from above)................................... | 6,330.90 |
| **TOTAL DUE**............................................................... | **$6,812.80** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 731658
Total Amount Due: $6,812.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                           April 22, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

     **RE:** General                                          **Invoice#:** 734523
     **Our File Number:** 00647/0001                          **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

|            |                   | Hours |
|------------|-------------------|------:|
| 03/04/2013 | Tuchman, L.       | 1.42  |
| 03/05/2013 | Tuchman, L.       | 1.75  |
| 03/06/2013 | Tuchman, L.       | 1.75  |
| 03/07/2013 | Tuchman, L.       | 1.00  |
| 03/07/2013 | Benson, Gregg M   | 4.00  |
| 03/08/2013 | Tuchman, L.       | 1.25  |
| 03/08/2013 | Benson, Gregg M   | 2.25  |
| 03/11/2013 | Tuchman, L.       | 1.75  |
| 03/13/2013 | Tuchman, L.       | 1.00  |
| 03/13/2013 | Benson, Gregg M   | 1.50  |
| 03/18/2013 | Schneider, W.H.   | 0.25  |
| 03/18/2013 | Snider, Vassa G   | 0.92  |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                     WH_MDL_00355089

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                      April 22, 2013

RE: General                                              Invoice#: 734523
Our File Number: 00647/0001                              PAGE:    2

═══════════════════════════════════════════════════════════════════════

███████████████████████████████████████

03/19/2013   Snider, Vassa G                                        0.42
████████████████████

03/20/2013   Veillette, Rebecca                                     0.33
             Attention to Bernina LLC documentation.
                                                          _____
                                        Total Hours................  19.59
             Fees through 03/31/2013....................   $15,301.05

*----------------------------------TIME AND FEE SUMMARY----------------------------------*
                              Rate         Hours          Fees
Schneider, W.H.             $925.00         0.25        $231.25
Tuchman, L.                  920.00         9.92        9,126.40
Benson, Gregg M              715.00         7.75        5,541.25
Snider, Vassa G              225.00         1.34          301.50
Veillette, Rebecca           305.00         0.33          100.65
                                          _____      _____
             Fees through 03/31/2013...............    19.59        $15,301.05

*-----------------------COSTS ADVANCED THROUGH 03/31/2013-----------------------*
      Filing Fees/Court Fees                           $125.00
             Total Costs through 03/31/2013........................   $125.00

*----------------------------------OUTSTANDING BALANCE----------------------------------*
      Invoice#            Date                          Amount
      731658             03/25/2013                     $481.90
             Prior Balance Due........................................................   $481.90

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355090**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                              April 22, 2013

**RE:** General                                                    **Invoice#:** 734523
**Our File Number:** 00647/0001                                        **PAGE:**    3

Fees this Invoice...........................................................................    $15,301.05
Costs this Invoice.........................................................................    $125.00
Total Due this Invoice..................................................................    $15,426.05
Prior Balance Due (from above)..................................................    481.90
**TOTAL DUE**...............................................................................    **$15,907.95**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355091



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 734523
Total Amount Due: $15,907.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER             WH_MDL_00355092



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC                                          May 22, 2013
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

**RE:** General                                          **Invoice#:** 737633
**Our File Number:** 00647/0001                          **PAGE:** 1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

| Date | Name | Hours |
|------|------|------:|
| 04/08/2013 | Ben-Jacob, Michael | 1.00 |
| 04/08/2013 | Schneider, W.H. | 0.50 |
| 04/09/2013 | Ben-Jacob, Michael | 0.25 |
| 04/09/2013 | Schneider, W.H. | 0.75 |
| 04/09/2013 | Benson, Gregg M | 0.50 |
| 04/10/2013 | Ben-Jacob, Michael | 0.75 |
| 04/10/2013 | Schneider, W.H. | 0.50 |
| 04/11/2013 | Benson, Gregg M | 1.50 |
| 04/12/2013 | Schneider, W.H. | 0.50 |
| 04/15/2013 | Ben-Jacob, Michael | 0.67 |
| 04/15/2013 | Schneider, W.H. | 0.25 |
| 04/15/2013 | Benson, Gregg M | 2.17 |
| 04/16/2013 | Schneider, W.H. | 0.25 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355093**

Image Not
Available

TO:    Argre Management LLC                                          May 22, 2013

**RE:** General                                                      **Invoice#:** 737633
**Our File Number:** 00647/0001                                       **PAGE:**   2



| Date | Name | Hours |
|---|---|---|
| 04/16/2013 | Benson, Gregg M | 3.00 |
| 04/17/2013 | Ben-Jacob, Michael | 0.42 |
| 04/17/2013 | Schneider, W.H. | 1.00 |
| 04/17/2013 | Benson, Gregg M | 0.50 |
| 04/25/2013 | Ben-Jacob, Michael | 0.17 |
| 04/26/2013 | Ben-Jacob, Michael | 0.08 |
| 04/30/2013 | Ben-Jacob, Michael | 0.17 |

Total Hours................. 14.93

Fees through 04/30/2013.................................... $11,602.85

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 3.51 | $2,650.05 |
| Schneider, W.H. | 925.00 | 3.75 | 3,468.75 |
| Benson, Gregg M | 715.00 | 7.67 | 5,484.05 |
| Fees through 04/30/2013............... | | 14.93 | $11,602.85 |

Fees this Invoice.......................................................... $11,602.85
**Total Due this Invoice..............................................** **$11,602.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355094**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

    ABA Routing Number: 021000089
    Bank Identification Code/SWIFT Code: CITIUS33
    Account Name: Kaye Scholer LLP
    Account Number: 9981494431

    RE: Argre Management LLC
    Our File Number: 00647/0001
    Invoice Number: 737633
    Total Amount Due: $11,602.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355095



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    August 26, 2013
     40 West 57th Street
     New York, New York 10019
     alicia@argremgt.com

**RE:** General                                        **Invoice#:** 745613
**Our File Number:** 00647/0001                        **PAGE:** 1

===================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013

===================================================================

|  |  | **Hours** |
|---|---|---|
| 07/01/2013 | Veillette, Rebecca | 0.42 |
| ████████████████ |  |  |
| 07/22/2013 | Veillette, Rebecca | 1.00 |
| ██████████████████████████ |  |  |
| 07/25/2013 | Veillette, Rebecca | 0.50 |
| ███████████████ |  |  |
| 07/29/2013 | Veillette, Rebecca | 0.42 |
| ██████████████ |  |  |

Total Hours................. 2.34

Fees through 07/31/2013.................................... $713.70

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 2.34 | $713.70 |
| Fees through 07/31/2013............... | | 2.34 | $713.70 |

Fees this Invoice.......................................................... $713.70

**Total Due this Invoice............................................. $713.70**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355096**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 745613
Total Amount Due: $713.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355097



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    September 10, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                          **Invoice#:** 747225
**Our File Number:**00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

|  |  | **Hours** |
|---|---|---:|
| 08/09/2013 | Ben-Jacob, Michael | 0.50 |
| 08/12/2013 | Sausen, David | 1.00 |
|  | Telephone conference with M. Ben-Jacob re: ex-dividend transactions. | |
| 08/15/2013 | Veillette, Rebecca | 1.50 |
| 08/16/2013 | Sausen, David | 0.50 |
|  | Telephone conference with M. Ben-Jacob. | |
| 08/21/2013 | Veillette, Rebecca | 1.25 |
| 08/26/2013 | Ben-Jacob, Michael | 1.00 |
| 08/26/2013 | Sausen, David | 1.50 |
|  | Telephone conferences with M. Stein, M. Ben-Jacob and G. Gartner re: ex-dividend transaction. | |
| 08/27/2013 | Veillette, Rebecca | 1.25 |

Total Hours................ 8.50

Fees through 08/31/2013.................................. $4,542.50

*----------------------------------TIME AND FEE SUMMARY--------------------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355098**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                    September 10, 2013

RE: General                                                   **Invoice#:** 747225
**Our File Number:** 00647/0001                               **PAGE:**    2

===============================================================================

|                        | Rate     | Hours | Fees       |
|------------------------|---------|-------|------------|
| Ben-Jacob, Michael     | $755.00 | 1.50  | $1,132.50  |
| Sausen, David          | 730.00  | 3.00  | 2,190.00   |
| Veillette, Rebecca     | 305.00  | 4.00  | 1,220.00   |
| Fees through 08/31/2013............... | | 8.50 | $4,542.50 |

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 745613   | 08/26/2013 | $713.70   |
| Prior Balance Due.......................................................... | | $713.70 |


Fees this Invoice.............................................................    $4,542.50

Total Due this Invoice....................................................    $4,542.50

Prior Balance Due (from above).................................    713.70

**TOTAL DUE.......................................................................**    **$5,256.20**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355099**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 747225
Total Amount Due: $5,256.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      October 7, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                          **Invoice#:** 749882
**Our File Number:**00647/0001                              **PAGE:**    1

===============================================================

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

===============================================================

|  |  | **Hours** |
|---|---|---|
| 09/10/2013 | Sausen, David | 0.50 |
| | Emails with A. Larosa re: ex-dividend transaction. | |
| 09/10/2013 | Veillette, Rebecca | 1.50 |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 09/11/2013 | Veillette, Rebecca | 1.08 |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 09/30/2013 | Ben-Jacob, Michael | 0.33 |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

Total Hours.................  3.41

Fees through 09/30/2013.....................................    $1,401.05

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 0.33 | $249.15 |
| Sausen, David | 730.00 | 0.50 | 365.00 |
| Veillette, Rebecca | 305.00 | 2.58 | 786.90 |
| Fees through 09/30/2013............... | | 3.41 | $1,401.05 |

Fees this Invoice...........................................................    $1,401.05

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355101**

**KAYE** | **SCHOLER** LLP

TO:    Argre Management LLC                                        October 7, 2013

**RE:** General                                                    **Invoice#:** 749882
**Our File Number:** 00647/0001                                    **PAGE:**    2

===============================================================================

**Total Due this Invoice**..................................................................    **$1,401.05**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355102**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 749882
Total Amount Due: $1,401.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    November 15, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


RE: General                                             Invoice#: 754424
Our File Number:00647/0001                                 PAGE:    1

====================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 10/31/2013

====================================================================

|  |  | **Hours** |
|---|---|---|
| 10/06/2013 | Sausen, David | 3.00 |
| | Tax research.  Prepared email to client re: ex-dividend transaction. | |
| 10/08/2013 | Sausen, David | 1.25 |
| | ██████████████████████ Revised email to client re: ex-dividend transaction. | |
| 10/09/2013 | Abramowitz, L. | 0.75 |
| | ██████████████████████ | |
| 10/09/2013 | Sausen, David | 1.00 |
| | ████████████████████████████████ | |
| 10/10/2013 | Sausen, David | 1.00 |
| | Discussions with G. Gartner and M. Ben-Jacob.  Revised email to client. Email to M. Stein re: ex-dividend transaction. | |

Total Hours................. 7.00

Fees through 10/31/2013.................................... $5,245.00


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Abramowitz, L. | $910.00 | 0.75 | $682.50 |
| Sausen, David | 730.00 | 6.25 | 4,562.50 |
| Fees through 10/31/2013............... | | 7.00 | $5,245.00 |

\*-----------------------COSTS ADVANCED THROUGH 10/31/2013-----------------------\*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                 **WH_MDL_00355104**

**KAYE** | **SCHOLER** LLP

TO:   Argre Management LLC                                          November 15, 2013

**RE:** General                                                    **Invoice#:** 754424
**Our File Number:** 00647/0001                                    **PAGE:**    2

---

| | |
|---|---|
| Consultants/Experts | $1,100.00 |
| Total Costs through 10/31/2013......................... | $1,100.00 |
| | |
| Fees this Invoice......................................................... | $5,245.00 |
| Costs this Invoice........................................................ | $1,100.00 |
| **Total Due this Invoice...............................................** | **$6,345.00** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 754424
Total Amount Due: $6,345.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    December 10, 2013
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

**RE:** General                                        **Invoice#:** 756477
**Our File Number:** 00647/0001                             **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2013

*-----------------------COSTS ADVANCED THROUGH 11/30/2013-----------------------*

Consultants/Experts                                    $3,000.00

Total Costs through 11/30/2013.........................  $3,000.00

Costs this Invoice................................................................  $3,000.00

**Total Due this Invoice.............................................**  **$3,000.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355107**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 756477
Total Amount Due: $3,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355108



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                          January 13, 2014
        40 West 57th Street
        New York, New York  10019
        alicia@argremgt.com

**RE:** General                                                **Invoice#:** 760179
**Our File Number:** 00647/0001                                   **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2013

|  |  | **Hours** |
|---|---|---|
| 12/11/2013 | Sausen, David | 0.75 |
| 12/12/2013 | Sausen, David | 0.25 |
| 12/16/2013 | Ben-Jacob, Michael | 0.25 |
| 12/17/2013 | Sausen, David | 0.50 |

Total Hours................. 1.75

Fees through 12/31/2013.................................... $1,283.75

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 0.25 | $188.75 |
| Sausen, David | 730.00 | 1.50 | 1,095.00 |
| Fees through 12/31/2013............... | | 1.75 | $1,283.75 |

Fees this Invoice.......................................................................... $1,283.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355109**

KAYE | SCHOLER LLP

TO:    Argre Management LLC                                    January 13, 2014

RE: General                                         **Invoice#:** 760179
**Our File Number:** 00647/0001                        **PAGE:**    2

===============================================================================

**Total Due this Invoice**.................................................................    **$1,283.75**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355110**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 760179
Total Amount Due: $1,283.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                          February 20, 2014
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com


**RE:** General                                            **Invoice#:** 762871
**Our File Number:**00647/0001                                   **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

|  |  | **Hours** |
|---|---|---|
| | | ---------- |
| 01/29/2014 Veillette, Rebecca | | 0.33 |

        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Total Hours................. 0.33

Fees through 01/31/2014.................................... $103.95


\*----------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $315.00 | 0.33 | $103.95 |
| Fees through 01/31/2014............... | | 0.33 | $103.95 |


Fees this Invoice.......................................................................... $103.95
**Total Due this Invoice.............................................................** **$103.95**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 762871
      Total Amount Due: $103.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00355113**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    July 22, 2014
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

**RE:** General                                    **Invoice#:** 775031
**Our File Number:** 00647/0001                    **PAGE:**     1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2014

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 06/13/2014 | Sausen, David       | 1.25      |

Telephone conference with Matt and John re: UBTI issues.  Tax research.
Telephone conference and emails with G. Weinkam.

| 06/17/2014 | Zwick, Mary L | 0.50 |
| 06/26/2014 | Culhane, Stephen | 0.33 |
| 06/30/2014 | Culhane, Stephen | 0.25 |

                                        Total Hours.................  2.33

         Fees through 06/30/2014....................................  $1,815.30


\*-----------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                  | Rate      | Hours | Fees      |
|------------------|-----------|-------|-----------|
| Culhane, Stephen | $910.00   | 0.58  | $527.80   |
| Sausen, David    | 760.00    | 1.25  | 950.00    |
| Zwick, Mary L    | 675.00    | 0.50  | 337.50    |
| Fees through 06/30/2014............... | | 2.33 | $1,815.30 |


Fees this Invoice...........................................................  $1,815.30
**Total Due this Invoice...............................................  $1,815.30**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 775031
Total Amount Due: $1,815.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER              WH_MDL_00355115



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC                                        August 25, 2014
40 West 57th Street
New York, New York  10019
alicia@argremgt.com

**RE:** General                                                **Invoice#:** 777180
**Our File Number:** 00647/0001                                **PAGE:**    1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 07/31/2014

|  |  | **Hours** |
|---|---|---|
| 07/02/2014 | Culhane, Stephen | 0.33 |
|  | Advisers Act issues with P Wells. |  |
| 07/08/2014 | Culhane, Stephen | 0.67 |
|  | Conference and related re: regulatory treatment of IRA; follow up with M Stein re: IRA, RIA issues. |  |
| 07/09/2014 | Culhane, Stephen | 0.50 |
|  | Telcon with Matt Stein. |  |
| 07/10/2014 | Culhane, Stephen | 0.33 |
|  | Conference with M Ben-Jacob. |  |

Total Hours................. 1.83

Fees through 07/31/2014.................................... $1,665.30

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Culhane, Stephen | $910.00 | 1.83 | $1,665.30 |
| Fees through 07/31/2014............... | | 1.83 | $1,665.30 |

Fees this Invoice........................................................................ $1,665.30
**Total Due this Invoice.............................................................. $1,665.30**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 777180
Total Amount Due: $1,665.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355117



KAYE | SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com

September 24, 2014

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 780144
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2014

|            |                      | Hours |
|------------|----------------------|-------|
| 08/22/2014 | Golub, Elizabeth ███████ | 0.33 |
| 08/26/2014 | Golub, Elizabeth ██████ | 0.33 |
| 08/28/2014 | Ben-Jacob, Michael ██████ | 0.17 |
| 08/28/2014 | Wells, Peter B ███████ | 4.00 |
| 08/29/2014 | Wells, Peter B ██████ | 1.67 |

Total Hours................. 6.50

Fees through 08/31/2014.................................... $4,258.90

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                      | Rate     | Hours | Fees       |
|----------------------|----------|-------|------------|
| Ben-Jacob, Michael   | $785.00  | 0.17  | $133.45    |
| Wells, Peter B       | 695.00   | 5.67  | 3,940.65   |
| Golub, Elizabeth     | 280.00   | 0.66  | 184.80     |
| Fees through 08/31/2014............... | | 6.50 | $4,258.90 |

\*-----------------------COSTS ADVANCED THROUGH 08/31/2014-----------------------\*

| Corp. Filings & Searches | $484.50 |
|--------------------------|---------|
| Total Costs through 08/31/2014......................... | $484.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**           **WH_MDL_00355118**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                September 24, 2014

**RE:** General                                          **Invoice#:** 780144
**Our File Number:** 00647/0001                              **PAGE:**    2

---

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 777180 | 08/25/2014 | $1,665.30 |
| Prior Balance Due............................................................... | | $1,665.30 |

| | |
|---|---|
| Fees this Invoice................................................................ | $4,258.90 |
| Costs this Invoice............................................................... | $484.50 |
| Total Due this Invoice........................................................ | $4,743.40 |
| Prior Balance Due (from above)................................................. | 1,665.30 |
| **TOTAL DUE**............................................................... | **$6,408.70** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355119**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 780144
Total Amount Due: $6,408.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



**KAYE | SCHOLER** LLP

250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                November 14, 2014
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                           **Invoice#:** 783712
**Our File Number:**00647/0001                            **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2014

| | | **Hours** |
|---|---|---:|
| 08/12/2014 | Ben-Jacob, Michael | 0.42 |
| | ██████████████████████████ | |
| 09/04/2014 | Ben-Jacob, Michael | 0.50 |
| | ████████████████████ | |
| 09/09/2014 | Ben-Jacob, Michael | 0.50 |
| | █████████████████████████ | |
| 09/11/2014 | Ben-Jacob, Michael | 0.75 |
| | ███████████████ | |
| 09/22/2014 | Ben-Jacob, Michael | 1.50 |
| | ██████████████████████████ | |
| 09/22/2014 | Wells, Peter B | 1.58 |
| | Call with group re general plan issues. | |
| 09/25/2014 | Wells, Peter B | 1.50 |
| | █████████████████ | |
| 09/29/2014 | Ben-Jacob, Michael | 0.50 |
| | Conference with Peter re: structuring dissolution of plans and payments to Adam. | |
| 09/29/2014 | Wells, Peter B | 2.50 |
| | ██████████████████████████ | |
| 09/30/2014 | Wells, Peter B | 2.17 |
| | ██████████████████████████ | |
| 10/01/2014 | Wells, Peter B | 0.75 |
| | ████████████████████████ | |
| 10/09/2014 | Wells, Peter B | 0.83 |
| | Work on issues related to new plans. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355121**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                      November 14, 2014

**RE:** General                                                **Invoice#:** 783712
**Our File Number:** 00647/0001                                **PAGE:**    2

================================================================

| | | |
|---|---|---|
| 10/10/2014 | Wells, Peter B | 0.50 |
| | Work on new plan matters. | |
| 10/12/2014 | Ben-Jacob, Michael | 1.58 |
| | ██████████████████████████ | |
| 10/13/2014 | Wells, Peter B | 1.58 |
| | ████████████████████ | |
| 10/14/2014 | Ben-Jacob, Michael | 0.17 |
| | ████████████████████ | |
| 10/14/2014 | Wells, Peter B | 1.00 |
| | ██████████████████████ | |
| 10/20/2014 | Veillette, Rebecca | 0.50 |
| | ██████████████████████ | |

Total Hours................ 18.83

Fees through 10/31/2014.................................... $13,429.65

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 5.92 | $4,647.20 |
| Wells, Peter B | 695.00 | 12.41 | 8,624.95 |
| Veillette, Rebecca | 315.00 | 0.50 | 157.50 |
| Fees through 10/31/2014............... | | 18.83 | $13,429.65 |

Fees this Invoice......................................................... $13,429.65
**Total Due this Invoice.............................................** **$13,429.65**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355122**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 783712
Total Amount Due: $13,429.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355123



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    December 24, 2014
      40 West 57th Street Suite 1610
      New York, New York  10019
      acolodner@maplept.com

      **RE:** General                                    **Invoice#:** 786881
      **Our File Number:**00647/0001                          **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2014

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 10/21/2014 | Ben-Jacob, Michael    | 0.67      |
| 11/24/2014 | Culhane, Stephen      | 0.25      |
|            | Total Hours.............. | 0.92  |

Fees through 11/30/2014....................................  $753.45

# KAYE | SCHOLER LLP

TO:     Argre Management LLC                                    December 24, 2014

**RE:** General                                                         **Invoice#:** 786881
**Our File Number:** 00647/0001                              **PAGE:**    2

═══════════════════════════════════════════════════════════════════

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                        | Rate     | Hours | Fees      |
|------------------------|----------|-------|-----------|
| Ben-Jacob, Michael     | $785.00  | 0.67  | $525.95   |
| Culhane, Stephen       | 910.00   | 0.25  | 227.50    |
| Fees through 11/30/2014............... | | 0.92  | $753.45   |

Fees this Invoice.........................................................................     $753.45

**Total Due this Invoice................................................................**     **$753.45**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355125**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 786881
Total Amount Due: $753.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355126



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                February 19, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                          **Invoice#:** 791361
**Our File Number:**00647/0001                           **PAGE:**    1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 12/31/2014

---

|  |  | **Hours** |
|---|---|---|
| 12/12/2014 | Wells, Peter B | 1.25 |

███████████████████████████████████

|  | Total Hours................. | 1.25 |
|---|---|---|
|  | Fees through 12/31/2014.................................... | $868.75 |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $695.00 | 1.25 | $868.75 |
|  | Fees through 12/31/2014............... | 1.25 | $868.75 |

| Fees this Invoice.......................................................... | $868.75 |
|---|---|
| **Total Due this Invoice................................................** | **$868.75** |

**Please remit payment within thirty (30) days.**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
─────────────────────────────────────────────

If paying by mail: Kaye Scholer LLP
                    Mail Code 81
                    P. O. Box 11839
                    Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

        ABA Routing Number: 021000089
        Bank Identification Code/SWIFT Code: CITIUS33
        Account Name: Kaye Scholer LLP
        Account Number: 9981494431

        RE: Argre Management LLC
        Our File Number: 00647/0001
        Invoice Number: 791361
        Total Amount Due: $868.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER       WH_MDL_00355128

# Arnold&Porter

Argre Management LLC
Argre Management LLC
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com
, NY

March 30, 2015
Invoice # 2794345
EIN 53-0208605

**Client/Matter # 1000647.00001**

General

| | |
|---|---|
| **For Legal Services Rendered through February 28, 2015** | 137.70 |
| **Total Amount Due** $ | 137.70 |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**     Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**     **WH_MDL_00355129**

March 30, 2015                                                                Invoice # 2794345


**(1000647.00001)**
General


**Legal Services:**


| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Michael Ben-Jacob | 02/19/15 | 0.17 | Call with Fed Reserve re: TIC Filings. |
| **Total Hours** | | **0.17** | |


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Michael Ben-Jacob | 0.17 | 810.00 | 137.70 |
| Subtotal: | **0.17** | | **137.70** |
| TOTAL | **0.17** | | **137.70** |

**Total Current Amount Due**                                                    **$137.70**

**CONFIDENTIAL / PRIVILEEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355130**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                      July 31, 2015
     40 West 57th Street Suite 1610
     New York, New York  10019
     acolodner@maplept.com

**RE:** General                                          **Invoice#:** 805139
**Our File Number:**00647/0001                           **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2015

|            |                                                                                                                  | **Hours** |
|------------|------------------------------------------------------------------------------------------------------------------|-----------|
| 04/16/2015 | Veillette, Rebecca                                                                                                | 1.20      |
|            | Attention to questions regarding 2013 FBAR filings, structure of entities and reporting requirements of same.  Interoffice conferences. |           |
| 04/22/2015 | Veillette, Rebecca                                                                                                | 1.30      |
|            | Attention to FBAR questions.                                                                                      |           |
| 04/24/2015 | Veillette, Rebecca                                                                                                | 0.45      |
|            | Attention to FBAR matters.                                                                                        |           |
| 05/05/2015 | Veillette, Rebecca                                                                                                | 0.40      |
|            | Attention to FBAR matters.                                                                                        |           |
| 05/07/2015 | Veillette, Rebecca                                                                                                | 0.45      |
|            | Attention to foreign bank account reporting matters.  Interoffice conferences regarding same.                    |           |
| 05/08/2015 | Veillette, Rebecca                                                                                                | 0.20      |
|            | Attention to 2013 FBAR information.                                                                               |           |
| 05/13/2015 | Veillette, Rebecca                                                                                                | 0.45      |
|            | Attention to foreign tax reporting matters.                                                                       |           |

Total Hours................. 4.45

Fees through 06/30/2015................................... $1,446.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355131**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                            July 31, 2015

**RE:** General                                                            **Invoice#:** 805139
**Our File Number:** 00647/0001                              **PAGE:**   2

=========================================================================

```
*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                                    Rate          Hours            Fees
Veillette, Rebecca                $325.00          4.45        $1,446.25

            Fees through 06/30/2015...............    4.45        $1,446.25


        Fees this Invoice.........................................................    $1,446.25
        Total Due this Invoice...........................................    $1,446.25
```

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355132**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                     Mail Code 81
                     P. O. Box 11839
                     Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

        ABA Routing Number: 021000089
        Bank Identification Code/SWIFT Code: CITIUS33
        Account Name: Kaye Scholer LLP
        Account Number: 9981494431

        RE: Argre Management LLC
        Our File Number: 00647/0001
        Invoice Number: 805139
        Total Amount Due: $1,446.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355133**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      August 21, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com


**RE:** General                                                 **Invoice#:** 807022
**Our File Number:**00647/0001                                  **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2015

|  |  | **Hours** |
|---|---|---|
| 07/14/2015   Golub, Elizabeth |  | 0.25 |

Total Hours.................    0.25

Fees through 07/31/2015....................................    $70.00


*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Golub, Elizabeth | $280.00 | 0.25 | $70.00 |
| Fees through 07/31/2015............... | | 0.25 | $70.00 |

*-----------------------COSTS ADVANCED THROUGH 07/31/2015-----------------------*

| Corp. Filings & Searches | $250.50 |
|---|---|
| Total Costs through 07/31/2015......................... | $250.50 |


| Fees this Invoice........................................................................... | $70.00 |
|---|---|
| Costs this Invoice.......................................................................... | $250.50 |
| **Total Due this Invoice................................................................** | **$320.50** |


**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                **WH_MDL_00355134**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Christopher Kary
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 807022
Total Amount Due: $320.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH